[No. 36522-3-I.    Division One.    June 3, 1996.]

MICHAEL R. JONES, ET AL., *Respondents*, v. JEN–DONG CHEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-22089-6, Larry A. Jordan, J., entered March 27, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36568-1-I.    Division One.    June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. NIXON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07816-6, Arthur E. Piehler, J., entered April 24, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36959-8-I.    Division One.    June 3, 1996.]

WILLIAM D. MORRIS, ET AL., *as Trustees, Respondents*, v. NATHANIEL ARMSTRONG, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-14343-1, Maurice Eptsein, J. Pro Tem., entered June 15, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 14520-4-III.    Division Three.    June 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY WELLS YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-8-01080-4, Royce Moe, J. Pro Tem., entered December 2, 1994. *Reversed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.